[909 NE2d 577, 881 NYS2d 655]

CHRISTOPHER HOTALING et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Decided June 4, 2009

**APPEARANCES OF COUNSEL**

*Breakstone Law Firm, P.C.,* Bellmore (*Jay L.T. Breakstone* of counsel), for appellants.

*Michael A. Cardozo, Corporation Counsel,* New York City (*Cheryl Payer* and *Stephen J. McGrath* of counsel), for respondents.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs. The certified question should not be answered as unnecessary.

The Appellate Division properly held that the testimony of plaintiffs' expert was insufficient, as a matter of law, to support a prima facie case of negligent design (*see generally Buchholz v Trump 767 Fifth Ave., LLC*, 5 NY3d 1, 8-9 [2005]).

Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum; Chief Judge LIPPMAN taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, etc.